# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 21-01570JVS(KESx) |
| Date | October 18, 2021 |
| Title | Skyrcrest Holding Trust, etc v Karmran Razaghi, et al |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY FILING FEES**

    The Court having been notified by the fiscal department that the check for the filing fee in this matter was returned by the bank with a notation of "Stop Payment". Counsel shall pay the $402.00 filing fee plus the $53.00 processing charge for a returned check by October 22, 2021 or show cause in writing why this case should not be dismissed. If the fee has not been paid or a brief filed by close of business October 22, 2021, this case will be dismissed.

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |